RE: __AIDA C NUNEZ__                    ☐ PRO SE          Case # __14-37627 LMI__

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

☐ LF 90   ☐ LF67   ☐ LF10

___ Bank Account Statements ☐ 3 months pre-petition
___ Domestic Support Info: name address and phone
___ Affidavits of ___ support ___ rent
___ Missing ☐ 2016(B) ☐ Other ___
          ☐ 100% ☐ lawsuit ☐ lease
___ Check copy ___
          ☐ gambling ☐ HAMP ☐ LMM
X Plan does not fund (m. 46-60)
___ FMV(NADA/Carmax), Reg and Payoff : Vehicles
___ Calculation errors/improper months ___
X Valuation motion    ☒ not resolved
___ FMV and Payoff : Real Estate
___ LMM motion   ☐ not filed  DE #19
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Non homestead Information Sheet
___ Creditor on plan not listed in Schedules or filed POC
X Wage deduction order or motion to waive 3/3

**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments
___ Object or Conform to Proof of Claim
___ Profit and loss and Balance Sheet
___ Miami-Dade County   ___ Tax Certificate(DE# ___)
X Bank statements and all checks ___ months
___ Dept of Revenue   ___ IRS
#3106  9/18 - 12/18

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
✓ Objection to Exemption (specifics to be filed)
___ co-debtor ___ stubs ___ taxes
  To be heard with confirmation at 1:30 pm
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address)
    and income of all adults
___ Expenses: documentation/calculation: CMI line
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

___ D/I > 100%  < 90%  Feasibility
___ CMI/DI ___ x 60 = ___
___ Info on transfer SOFA #3 #10 undisclosed
☐ Plus income/expenses issues ☐ Trustee est. $___
___ Tolling Agreement(s)
___ Undervalued collateral should be crammed down

Other: ___

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on  March 3, 2015   is as follows:
Continue to 4/7
14-37627
For 4/7 calendar, the following docs must be received by 5PM on 3/20 to avoid dismissal: a) business bank stmt #3106 (9/18-12/18), b) amend plan to fund properly (m. 46-60)

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class prepaid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402