

**ORDERED in the Southern District of Florida on December 14, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  CASE NO. 14-37627
Aida C Nunez
        Debtor.
_____/

ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM # 7

THIS CASE came before the Court on the Trustee's Objection to Claim and the Certificate of No Response and based on the record, it is

ORDERED as follows:

The Trustee's Objection to Claim #7 is sustained. Claim# 7 filed by Regions Bank is stricken and disallowed as a duplicate of Claim #6.

                              \* \* \*
                          Submitted by
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402

Nancy K Neidich, Esq shall serve a copy of this order on the creditor and file a certificate of service with the Clerk of the Court.