UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 14-37627-LMI

AIDA C NUNEZ
    Debtor
_____/

EX-PARTE MOTION TO AMEND ORDER SUSTAINING OBJECTION TO CLAIM #7

    Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Exparte Motion to Amend the Order Sustaining the Objection to Claim #7 and states as follows:

    1) The Trustee objected to Claim #7 as a duplicate of Claim #6.

    2) The Trustee has realized that the attachments to Claim #7 reference the debtor in this case. The attachments to Claim #6 reference an unknown person.

    3) The duplicate claim #7 appears to have been an amended claim to reform the attachments to Claim #6.

    WHEREFORE, the Trustee requests that this Court enter an order amending the order sustaining the objection to claim #7 and to allow Claim #7 as an amendment to Claim #6.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the and the Notice of Hearing generated by ECF was served through US First Class Mail to:: Regions Bank, P.O. Box 10063, Birmingham, AL 35202 and to Grayson Hall, CEO, Regions Bank, 1900 Fifth Avenue North, Birmingham, AL 35203

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE