

**ORDERED in the Southern District of Florida on December 10, 2016.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    CASE NO.  Case Number:  14-37627-LMI
AIDA C NUNEZ
      Debtor
_____/

ORDER GRANTING  EX-PARTE MOTION TO AMEND ORDER SUSTAINING
OBJECTION TO CLAIM #7 OF REGIONS BANK

     THIS CASE came upon the Court on the Ex-Parte Motion to Amend Order Sustaining the

Objection to Claim #7 of Regions Bank, and based on the record, it is ORDERED as follows:

    1.  The Motion to Amend Order  is granted.

    2.  Claim # 7 is allowed as an amendment to Claim #6.  Regions is allowed one claim in

this bankruptcy case and that Claim is Claim #7.

\* \* \*

Submitted by
          NANCY K. NEIDICH, ESQUIRE
          STANDING CHAPTER 13 TRUSTEE
          P.O. BOX 279806
          MIRAMAR, FL 33027
          (954)  443-4402

NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE, is directed to serve a conformed copy of this
Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court